IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD ALLEN HAMMONDS, | : | Case No. 3:12-cv-00236 |
| Plaintiff | : | (Judge Brann) |
| v. | : | |
| SUPERINTENDENT B. COLLINS, et al. | : | |
| Defendants. | : | |

**ORDER**

July 11, 2013

On June 18, 2013, Magistrate Judge Susan E. Schwab issued a Report and Recommendation in which she advised the Court to deny plaintiff Richard Allen Hammonds's motion for a preliminary injunction. (ECF No. 130). Hammonds did not file objections. Having considered the Report and Recommendation, the Court agrees with its reasoning and result.

NOW, THEREFORE, this 10th day of July, 2013, IT IS HEREBY ORDERED: the June 18, 2013 Report & Recommendation (ECF No. 130) is

ADOPTED; the motion for a preliminary injunction (Feb. 19, 2013, ECF No. 107) is DENIED; and the case is REMANDED to Magistrate Judge Schwab.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge