IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVNIA

| | | |
|---|---|---|
| RICHARD ALLEN HAMMONDS, | : | Civil No.: 12-CV-00236 |
| Plaintiff, | : | |
| v. | : | (Judge Brann) |
| SUPERINTENDENT B. COLLINS, et al., | : | |
| Defendants. | : | (Magistrate Judge Schwab) |

## ORDER

April 20, 2016

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT** The Defendant's Motion for Summary Judgment is GRANTED. The Report and Recommendation of the Magistrate Judge is ADOPTED in part and REJECTED in part. ECF No. 301. Final judgment is entered in favor of Defendants and against Plaintiff. The Clerk of Court is directed to close the case file.

BY THE COURT:

/s Matthew W. Brann
Matthew W. Brann
United States District Judge